IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYLKA, | No. C 12-01589 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| DISCOVER BANK ET AL, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 2, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 14, 2012.

DESIGNATION OF EXPERTS: pltf. 1/18/13 ; deft: 2/15/13.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 15, 2013 .

DISPOSITIVE MOTIONS **SHALL** be filed by March 29, 2013;

Opp. Due April 12, 2013; Reply Due April 19, 2013;

and set for hearing no later than May 3, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 9, 2013 at 3:30 PM.

JURY TRIAL DATE: July 22, 2013 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall complete mediation by October 5, 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/16/12

SUSAN ILLSTON
United States District Judge