William R. Brown, Esq. (IN #26782-48)
   (admitted *Pro Hac Vice*)
Angela L. Hamm, Esq. (IN #21662-29)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
            ahamm@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan Wolf, Esq. (CSB # 267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
            scooppanwolf@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FAYE S. ZYLKA,<br>　　　　Plaintiff,<br><br>vs.<br><br>DISCOVER BANK; TRANS UNION, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>　　　　Defendants. | CASE NO. 3:12-cv-01589-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Faye S. Zylka, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: August 16, 2012

/s/ Mark F. Anderson   (w/consent)
Mark F. Anderson
Anderson, Ogilvie & Brewer, LLP
600 California Street, 18th Floor
San Francisco, CA  94108-2711
Telephone:  415-651-1951
Fax:  415-956-3233
E-Mail:  mark@aoblawyers.com

*Counsel for Faye S. Zylka*

Date:  August 16, 2012

 s/ Angela L. Hamm
William R. Brown Esq.  (IN #26782-48)
   (admitted *Pro Hac Vice*)
Angela L. Hamm, Esq. (IN #21662-29)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
            ahamm@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan Wolf, Esq. (CSB # 267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
            scooppanwolf@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.  Plaintiff Faye S. Zylka and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 08/16/2012  _____    _____
JUDGE, United States District Court, Northern District of California

*(Signed: Judge Susan Illston)*

DISTRIBUTION TO:

| Mark F. Anderson, Esq.<br>mark@aoblawyers.com<br>Tomio B. Narita, Esq.<br>tnariat@snllp.com<br>William R. Brown, Esq.<br>wbrown@schuckitlaw.com | Angela M. Taylor, Esq.<br>angelataylor@jonesday.com<br>Sumana Cooppan, Esq.<br>scooppan@rbg-law.com<br>Angela L. Hamm, Esq.<br>ahamm@schuckitlaw.com |
|---|---|