| | |
|---|---|
| 1 | William R. Brown, Esq. (IN #26782-48) |
|   |   (admitted *Pro Hac Vice*) |
| 2 | Angela L. Hamm, Esq. (IN #21662-29) |
|   |   (admitted *Pro Hac Vice*) |
| 3 | Schuckit & Associates, P.C. |
|   | 4545 Northwestern Drive |
| 4 | Zionsville, IN  46077 |
|   | Telephone:  317-363-2400 |
| 5 | Fax:  317-363-2257 |
|   | E-Mail:  wbrown@schuckitlaw.com |
| 6 |           ahamm@schuckitlaw.com |
| 7 | *Lead Counsel for Defendant Trans Union, LLC* |
| 8 | Michael W. Bien, Esq. (CSB #96891) |
|   | Sumana Cooppan Wolf, Esq. (CSB # 267967) |
| 9 | Rosen, Bien & Galvan, LLP |
|   | 315 Montgomery Street, Tenth Floor |
| 10 | San Francisco, CA  94104 |
|    | Telephone:  415-433-6830 |
| 11 | Fax:  415-433-7104 |
|    | E-Mail:  mbien@rbg-law.com |
| 12 |           scooppanwolf@rbg-law.com |
| 13 | *Local Counsel for Defendant Trans Union, LLC* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FAYE S. ZYLKA, | CASE NO. 3:12-cv-01589-SI |
|    Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |
| DISCOVER BANK; TRANS UNION, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.; | |
|    Defendants. | |

Plaintiff Faye S. Zylka, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:12-CV-01589-SI**

Page 1 of 3

| | |
|---|---|
| | Respectfully submitted, |
| Date: August 16, 2012 | /s/ Mark F. Anderson   (w/consent) |
| | Mark F. Anderson |
| | Anderson, Ogilvie & Brewer, LLP |
| | 600 California Street, 18th Floor |
| | San Francisco, CA  94108-2711 |
| | Telephone:  415-651-1951 |
| | Fax:  415-956-3233 |
| | E-Mail:  mark@aoblawyers.com |
| | |
| | *Counsel for Faye S. Zylka* |
| | |
| Date:  August 16, 2012 | s/ Angela L. Hamm |
| | William R. Brown Esq.  (IN #26782-48) |
| | (admitted *Pro Hac Vice*) |
| | Angela L. Hamm, Esq. (IN #21662-29) |
| | (admitted *Pro Hac Vice*) |
| | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| | Zionsville, IN  46077 |
| | Telephone:  317-363-2400 |
| | Fax:  317-363-2257 |
| | E-Mail:  wbrown@schuckitlaw.com |
| | ahamm@schuckitlaw.com |
| | |
| | *Lead Counsel for Defendant Trans Union, LLC* |
| | |
| | Michael W. Bien, Esq. (CSB #96891) |
| | Sumana Cooppan Wolf, Esq. (CSB # 267967) |
| | Rosen, Bien & Galvan, LLP |
| | 315 Montgomery Street, Tenth Floor |
| | San Francisco, CA  94104 |
| | Telephone:  415-433-6830 |
| | Fax:  415-433-7104 |
| | E-Mail:   mbien@rbg-law.com |
| | scooppanwolf@rbg-law.com |
| | |
| | *Local Counsel for Defendant Trans Union, LLC* |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:12-CV-01589-SI**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Faye S. Zylka and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 08/16/2012  _____

JUDGE, U.S. District Court, Northern District of California

*(Signed: Judge Susan Illston)*

DISTRIBUTION TO:

| | |
|---|---|
| Mark F. Anderson, Esq.<br>mark@aoblawyers.com | Angela M. Taylor, Esq.<br>angelataylor@jonesday.com |
| Tomio B. Narita, Esq.<br>tnariat@snllp.com | Sumana Cooppan, Esq.<br>scooppan@rbg-law.com |
| William R. Brown, Esq.<br>wbrown@schuckitlaw.com | Angela L. Hamm, Esq.<br>ahamm@schuckitlaw.com |