UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FAYE S. ZYLKA,<br>　　　　Plaintiff, | No. C 11-2951 JCS |
| v.<br>DISCOVERY BANK, et al.,<br>　　　　Defendants. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| | Date:　　　　September 27, 2012<br>Mediator:　　Shirish Gupta |

　　　IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, from personal attendance at the September 27, 2012, mediation before Shirish Gupta is GRANTED. Ms. Turner shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

September 11, 2012　　　　　By:　　*Elizabeth D. Laporte*

Dated　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge