UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FAYE S. ZYLKA,<br>    Plaintiff,<br><br>   v.<br>DISCOVERY BANK, et al.,<br>    Defendants. | No. C 11-2951 JCS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:    September 27, 2012<br>Mediator:    Shirish Gupta |

IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, from personal attendance at the September 27, 2012, mediation before Shirish Gupta is GRANTED. Ms. Turner shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 11, 2012                    By: _____

Dated                                    Elizabeth D. Laporte
                                         United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California