1
2
3
4
5
6            UNITED STATES  DISTRICT COURT
7              Northern District of California
8               San Francisco Division
9
10 FAYE S. ZYLKA,
           Plaintiff,                       No. C 12-1589 SI
11      v.                                **ORDER RE: ATTENDANCE AT**
DISCOVERY BANK, et al.,              **MEDIATION**
12            Defendants.
13 _____/      Date:              September 27, 2012
14                                            Mediator:      Shirish Gupta

15
16      IT IS HEREBY ORDERED that the request to excuse defendant DB Servicing Corporation's
17 corporate representative from personal attendance at the September 27, 2012, mediation before
18 Shirish Gupta is GRANTED.  The representative shall be available at all times to participate
19 telephonically in the mediation in accordance with ADR L.R. 6-10(f).
20      IT IS SO ORDERED.
21
22 ___September 13, 2012___     By:     _Elizabeth D. Laporte_____
23 Dated                                             Elizabeth D. Laporte
                                                  United States Magistrate Judge
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California