UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

FAYE S. ZYLKA,
    Plaintiff,

v.

DISCOVERY BANK, et al.,
    Defendants.

No. C 12-1589 SI

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: September 27, 2012
Mediator: Shirish Gupta

    IT IS HEREBY ORDERED that the request to excuse defendant DB Servicing Corporation's corporate representative from personal attendance at the September 27, 2012, mediation before Shirish Gupta is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

September 13, 2012
Dated

By: *Elizabeth D. Laporte*
    Elizabeth D. Laporte
    United States Magistrate Judge