UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FAYE S. ZYLKA,<br>        Plaintiff,<br><br>   v.<br>DISCOVERY BANK, et al.,<br>        Defendants.<br>_____/ | No. C 12-1589 SI<br><br>**AMENDED ORDER RE:**<br>**ATTENDANCE AT MEDIATION**<br><br>Date:        September 27, 2012<br>Mediator:  Shirish Gupta |

IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, from personal attendance at the September 27, 2012, mediation before Shirish Gupta is GRANTED. Ms. Turner shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 13, 2012        By:        _Elizabeth D. Laporte_
Dated                                                     Elizabeth D. Laporte
                                                    United States Magistrate Judge