# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| FAYE S. ZYLKA,<br>       Plaintiff, | No. C 12-1589 SI |
| v.<br>DISCOVERY BANK, et al.,<br>       Defendants. | **AMENDED ORDER RE:<br>ATTENDANCE AT MEDIATION**<br><br>Date:         September 27, 2012<br>Mediator:   Shirish Gupta |

IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, from personal attendance at the September 27, 2012, mediation before Shirish Gupta is GRANTED. Ms. Turner shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 13, 2012      By: _/s/ Elizabeth D. Laporte_
Dated
                                                    Elizabeth D. Laporte
                                       United States Magistrate Judge