TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
CHRISTOPHER M. SPAIN (SBN 265465)
cspain@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625

Attorneys for Defendant
DB Servicing Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE S. ZYLKA,<br><br>             Plaintiff,<br><br>     vs.<br><br>DISCOVER BANK; TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendants. | CASE NO. 3:12-cv-01589-SI<br><br>[PROPOSED] ORDER GRANTING DB SERVICING CORPORATION'S REQUEST TO APPEAR AT MEDIATION BY TELEPHONE |

After review of Defendant DB Servicing Corporation's ("Discover") Request To Appear At Mediation By Telephone, and good cause appearing, the Court hereby orders that Discover's Corporate Representative my appear at the September 27, 2012 Mediation Conference by telephone.

IT IS SO ORDERED.

DATED: 9/14/12

Hon. Susan Illston
U.S. District Judge

# SIMMONDS & NARITA LLP

ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 3010
SAN FRANCISCO, CALIFORNIA 94104-4816
TELEPHONE (415) 283-1000
FAX (415) 352-2625
www.snllp.com

CHRISTOPHER M. SPAIN
DIRECT DIAL (415) 283-1012
EMAIL cspain@snllp.com

September 11, 2012

VIA U.S. MAIL

District Judge Susan Illston
United States District Court
San Francisco Courthouse
Courtroom 10-19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Faye S. Zylka v. Discovery Bank, et al.
USDC, Northern District of California, Case No. 3:12-cv-01589-SI

Dear Judge Illston:

Pursuant to ADR Local Rule 6-10(d), Defendant DB Servicing Corporation ("Discover") hereby respectfully requests permission for its corporate representative to appear at the Mediation Conference set for September 27, 2012 at 1:00 p.m., by telephone. Discover's corporate representative's office is located in Riverwoods, Illinois. With regards to the amount in controversy, this case deals with a single Discover Card account, which Plaintiff disputes as inaccurate. All parties, including Plaintiff, have consented to Discover's corporate representative's telephonic appearance at the Mediation Conference. The Mediator, Shirish Gupta, has also consented to Discover's corporate representative's telephonic appearance. Pursuant to ADR Local Rule 6-10(d)(4), a proposed order in enclosed with this letter.

Very truly yours,

Christopher M. Spain

SIMMONDS & NARITA LLP

District Judge Susan Illston
United States District Court
September 11, 2012
Page 2

cc:  ADR Unit (via U.S. Mail and Fax)
     Mark F. Anderson, Plaintiff's Counsel
     Angela M. Taylor, Cousel for Experian Information Solutions, Inc.
     Mediator Shirish Gupta