UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE S. ZYLKA, | No. C 12-01589 SI (LB) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| DISCOVER BANK, ET AL., | |
| Defendant(s). | |

The court received DB Servicing Corporation's request to excuse the personal appearance of its party representative (and allow availability by phone) on the ground that her work responsibilities preclude her personal appearance. The court will consider the request after it receives the parties' settlement conference papers. The papers are due on Friday, January 11, 2013, but to facilitate review of the request, the court advances the deadline to Wednesday, January 10, 2013. Copies of the papers should be emailed to the court's orders box (but if there are exhibits with tabs, chambers copies also should be lodged for easier review). The court urges full compliance with the requirements of the settlement order (including the exchange of demand and response and provision of the fees and costs). If the long weekend is driving the decision, the parties should reschedule the conference by calling Lashanda Scott at 415-522-3140.

**IT IS SO ORDERED.**

Dated: January 4, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 12-01589 SI (LB)