UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FAYE ZYLKA,<br><br>    Plaintiff(s),<br>    v.<br>DISCOVER BANK, et al.,<br>    Defendant(s). | No. C 12-01589 SI (LB)<br><br>**ORDER (1) REQUIRING ADDITIONAL SETTLEMENT INFORMATION AND (2) DENYING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE** |

A settlement conference in this action is set for January 18, 2013. On January 4, 2013, Defendant filed an administrative motion to allow Defendant's representative to appear by telephone at it. Administrative Motion, ECF No. 58. Upon review of the motion, the court does not believe that good cause exists for a telephonic appearance, and the motion is **DENIED**.

Additionally, upon review of Defendant's settlement conference statements that were submitted, the court notes that Defendant failed to respond with a specific amount to Plaintiff's demand. The court **ORDERS** Defendant to submit a specific dollar-amount response to Plaintiff's demand to the court's proposed orders inbox (lbpo@cand.uscourts.gov) no later than 12:00 p.m. on January 11, 2013.

**IT IS SO ORDERED.**

Dated: January 10, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-01589 SI (LB)
ORDER