**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1

2

3

4

5

6

7

8                    UNITED STATES  DISTRICT COURT

9                     Northern District of California

10                       San Francisco Division

11   FAYE ZYLKA,                              No. C 12-01589 SI (LB)

12                    Plaintiff(s),           **ORDER (1) REQUIRING**
                                              **ADDITIONAL SETTLEMENT**
           v.                                 **INFORMATION AND (2) DENYING**
13                                            **DEFENDANT'S REQUEST TO**
     DISCOVER BANK, et al.,                   **APPEAR BY TELEPHONE**
14
                     Defendant(s).
15   _____/

16      A settlement conference in this action is set for January 18, 2013.  On January 4, 2013,

17   Defendant filed an administrative motion to allow Defendant's representative to appear by telephone

18   at it.  Administrative Motion, ECF No. 58.  Upon review of the motion, the court does not believe

19   that good cause exists for a telephonic appearance, and the motion is **DENIED**.

20      Additionally, upon review of Defendant's settlement conference statements that were submitted,

21   the court notes that Defendant failed to respond with a specific amount to Plaintiff's demand.  The

22   court **ORDERS** Defendant to submit a specific dollar-amount response to Plaintiff's demand to the

23   court's proposed orders inbox ([lbpo@cand.uscourts.gov](mailto:lbpo@cand.uscourts.gov)) no later than 12:00 p.m. on January 11,

24   2013.

25      **IT IS SO ORDERED.**

26   Dated: January 10, 2013

27                                            _____
                                             LAUREL BEELER
28                                           United States Magistrate Judge

C 12-01589 SI (LB)
ORDER