UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAYE ZYLKA, | No. C 12-01589 LB |
| Plaintiff, | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| DISCOVER BANK, | |
| Defendant. | |

Discover Bank's request for Ms. Schott to appear by telephone is granted. This means that she must be on the phone for the entire time that the court is meeting with Discover Bank (as opposed to merely being available).

**IT IS SO ORDERED.**

Dated: January 12, 2013

LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 12 1589 SI (LB)